FILED

02/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 25-0133



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 25-0133

TIMOTHY C. HAITHCOX,

      Petitioner,

  v.

JIM SALMONSEN, Warden,
Montana State Prison,

      Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

---

      Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

      DATED: February 14, 2025

BOWEN GREENWOOD
Clerk of the Supreme Court